UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORI MARIANNACI and THOMAS
MARIANACCI,

      Plaintiffs,

v.                                     Case No. 2:20-cv-762-JLB-NPM

FEDERAL INSURANCE COMPANY,

      Defendant.

_____/

## **O R D E R**

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 21.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on March 10, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE